606

■ In the Matter of the Claim of ROSEBELLE SONNENBERG, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ CHESTER HULL, Appellant, v. JESSIE M. EADES, as Executrix of HARLEY EADES, Deceased, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.